**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE: ELMIRON (PENTOSAN POLYSULFATE SODIUM) PRODUCTS LIABILITY LITIGATION | Case No. 20-md-2973<br>MDL No. 2973<br><br>BRIAN R. MARTINOTTI, U.S.D.J.<br>LEDA D. WETTRE, U.S.M.J.<br><br>ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH COURT ORDERS |

**THIS DOCUMENT RELATES TO:  CASES IDENTIFIED IN TABLE A**

**THIS MATTER** having come before the Court following entry of Orders granting plaintiffs' counsel's motions to withdraw in the cases identified in Table A; and the Court having ordered plaintiffs in the identified cases to either retain new counsel or advise the Court of their intention to proceed *pro se* by a date certain; and the Court having further advised that plaintiffs' failure to respond by a date certain would result in dismissal of their actions; and withdrawing counsel having served plaintiffs with the Orders granting leave to withdraw; and the Court having received no response from the plaintiffs identified in Table A; and the deadline to respond now having passed; and for good cause shown;

IT IS on this ___25___ day of February 2026,

**ORDERED** that the cases identified in Table A are **DISMISSED WITHOUT PREJUDICE** and shall be marked closed.

_____
Hon. Brian R. Martinotti
United States District Judge

**TABLE A**

| Plaintiff | Civil Action No. | Date By Which Plaintiff Ordered to Respond to the Court |
|---|---|---|
| Linda Hall | 20-20657 | February 6, 2026 |
| Vickie Milad | 21-11321 | February 6, 2026 |
| Anita Coca and Patricia Lujan | 21-11322 | February 6, 2026 |
| Edith Crocker and Jill Harned | 21-11324 | February 6, 2026 |
| Lorraine Tucker | 22-1663 | February 6, 2026 |